Candice L. Fields
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
You An Li

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>XIU PING LI,<br>GUI WEN PAN,<br>XIU RU LI,<br>DAO ZHONG WEI,<br>YONG JIE LIU,<br>YOU AN LI,<br>SHUI PING ZHENG,<br>KONG LIANG LI,<br>GUANGZHAO LI, and<br>HUANG CHEN<br><br>            Defendants. | CASE NO. 2:17-CR-00136-KJM<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Roger Yang, defendants Xiu Ping Li, by and through her counsel of record, Christopher R. Cosca, Gui Wen Pan, by and through his counsel of record, Philip Cozens, Xiu Ru Li, by and through her counsel of record, Olaf W. Hedberg, Dao Zhong Wei, by and through his counsel of record, Todd D. Leras, Yong Jie Liu, by and through his counsel of record, Kyle R. Knapp, You An Li, by and through his counsel of record, Candice L. Fields, Kong Liang Li, by and through his counsel of record, Michael L. Chastaine, Guangzhao Li, by and through his counsel of record, Alin Cintean, and Huang Chen, by and through his counsel of record, Etan Zaitsu, hereby stipulate as follows:

STIPULATION AND [PROPOSED] ORDER FOR
CONTINUANCE OF STATUS CONFERENCE

1

1.      By previous order, this matter was set for a status conference on October 18, 2017, at 9:00 a.m., before Judge Kimberly J. Mueller.

2.      By this stipulation, defendants now move to continue the status conference until January 10, 2018, at 9:00 a.m. before Judge Kimberly J. Mueller, and to exclude time between October 18, 2017, and January 10, 2018, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

3.      The parties agree and stipulate, and request that the Court find the following:

    a.    The government has produced thousands of pages of discovery associated with this case directly to counsel and/or made discovery available for inspection and copying. The government's production of discovery is also ongoing.

    b.    Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to discuss potential resolutions with their clients.

    c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2017, to January 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1  IT IS SO STIPULATED.

2  Dated: October 10, 2017                By:    PHILLIP A. TALBERT
3                                                United States Attorney

4                                                /s/ Roger Yang
                                                 ROGER YANG
5                                                Assistant U.S. Attorney

6
7  Dated: October 10, 2017                By:    /s/ CHRISTOPHER R. COSCA
                                                 CHRISTOPHER R. COSCA
8                                                Counsel for Xiu Ping Li

9
   Dated: October 10, 2017                By:    /s/ PHILIP COZENS
10                                               PHILIP COZENS
                                                 Counsel for Gui Wen Pan
11

12 Dated: October 10, 2017                By:    /s/ OLAF W. HEDBERG
                                                 OLAF W. HEDBERG
13                                               Counsel for Xiu Ru Li

14
15 Dated: October 10, 2017                By:    /s/ TODD D. LERAS
                                                 TODD D. LERAS
16                                               Counsel for Dao Zhong Wei

17
18 Dated: October 10, 2017                By:    /s/ KYLE R. KNAPP
                                                 KYLE R. KNAPP
19                                               Counsel for Yong Jie Liu

20
   Dated: October 10, 2017                By:    /s/ CANDICE L. FIELDS
21                                               CANDICE L. FIELDS
                                                 Counsel for You An Li
22

23 Dated: October 10, 2017                By:    /s/ MICHAEL L. CHASTAINE
                                                 MICHAEL L. CHASTAINE
24                                               Counsel for Kong Liang Li

25
26 Dated: October 10, 2017                By:    /s/ ALIN CINTEAN
                                                 ALIN CINTEAN
27                                               Counsel for Guangzhao Li

28

STIPULATION AND [PROPOSED] ORDER FOR        3
CONTINUANCE OF STATUS CONFERENCE

Dated: October 10, 2017                    By:       /s/ ETAN ZAITSU
                                                                          ETAN ZAITSU
                                                                          Counsel for Huang Chen

**ORDER**

UPON GOOD CAUSE SHOWN, and the stipulation of the parties, it is ordered that the status conference presently set for October 18, 2017, at 9:00 a.m., be continued to January 10, 2018, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from October18, 2017, to and including, January 10, 2018, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: October _, 2017

                                               Hon. Kimberly J. Mueller
                                               United States District Court Judge