UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:17-cr-00136-KJM |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| SHUI PING ZHENG, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHUI PING ZHENG, Case No. 2:17-cr-00136-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of: $

   _____      Co-signed Unsecured Appearance Bond

   _____      Secured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _10/24/2017_ at _2:35 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge